# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3055**

**September Term, 2024**

**1:18-cr-00068-BAH-1**

**Filed On:** November 13, 2024

United States of America,

      Appellee

    v.

Michael A. Orji,

      Appellant

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Wilkins, Pan, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. Upon consideration of the foregoing, it is

**ORDERED AND ADJUDGED** that the district court's April 18, 2024 order denying appellant's motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A) be affirmed. The district court allowed appellant the opportunity to file a reply in support of his motion, and appellant has not shown that his due process rights were violated with regard to the ability to file a reply. Additionally, appellant has not shown that the district court abused its discretion in concluding that he failed to establish extraordinary and compelling reasons warranting a reduction in his sentence. See United States v. Long, 997 F.3d 342, 352 (D.C. Cir. 2021). Finally, appellant does not challenge the district court's denial of his request to appoint counsel, and thus he has forfeited any such argument. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) ("Ordinarily, arguments that parties do not make on appeal are deemed to have been waived.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-3055**                    **September Term, 2024**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk